808

No. 309. CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* KIND ET AL., TRUSTEES; and

No. 326. KIND ET AL., TRUSTEES, *v.* CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. Certiorari denied. *Solicitor General Perlman* for petitioner in No. 309, with whom *Assistant Attorney General Bazelon, M. S. Isenbergh, Stanley M. Silverberg* and *Joseph W. Bishop, Jr.* were on the brief for respondent in No. 326. *Arnold T. Koch* for petitioners in No. 326.

No. 316. MAY DEPARTMENT STORES CO., DOING BUSINESS AS FAMOUS-BARR CO., *v.* NATIONAL LABOR RELATIONS BOARD. Certiorari denied. *Milton H. Tucker* and *Robert T. Burch* for petitioner. *Solicitor General Perlman, John R. Benney, Robert N. Denham, David P. Findling* and *Ruth Weyand* for respondent.

No. 317. DELIS *v.* PAPPAS ET AL., DOING BUSINESS AS PAPPAS & CO. Certiorari denied. *James C. Purcell* for petitioner. *G. L. Aynesworth* and *L. Nelson Hayhurst* for respondents.

No. 318. MISHAWAKA RUBBER & WOOLEN MANUFACTURING CO. *v.* S. S. KRESGE CO. Certiorari denied. *Henry M. Huxley, E. Manning Giles, Jr., Thomas S. Donnelly* and *George L. Wilkinson* for petitioner. *William B. Giles* for respondent.

